```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 01002
   CARL T MORGAN
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6077


--------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/20/2007 and was confirmed 06/25/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 09/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE   PRIORITY          635.88               .00         635.88
ABC BANK                   UNSECURED      NOT FILED               .00            .00
ECMC                       UNSECURED       11097.21               .00          48.01
ADNRUS REALTY              UNSECURED      NOT FILED               .00            .00
AMERICA ONLINE             UNSECURED      NOT FILED               .00            .00
FREEDOM CARD GOLD MASTER   UNSECURED          777.63              .00            .00
ASPIRE VISA                NOTICE ONLY    NOT FILED               .00            .00
ASPIRE                     NOTICE ONLY    NOT FILED               .00            .00
AT & T CABLE SERVICES      UNSECURED      NOT FILED               .00            .00
BANK ONE                   UNSECURED      NOT FILED               .00            .00
CAPITAL ONE BANK           UNSECURED      NOT FILED               .00            .00
ECAST SETTLEMENT CORP      UNSECURED         8438.62              .00          36.51
ECAST SETTLEMENT CORP      NOTICE ONLY    NOT FILED               .00            .00
CHICAGO TRIBUNE            UNSECURED      NOT FILED               .00            .00
BIEHL & BIEHL INC          NOTICE ONLY    NOT FILED               .00            .00
CINGULAR WIRELESS          UNSECURED      NOT FILED               .00            .00
CITY OF CHICAGO PARKING    UNSECURED         2220.00              .00            .00
COMCAST                    UNSECURED      NOT FILED               .00            .00
COMCAST CABLE              UNSECURED          186.93              .00            .00
FRIEDMAN & WEXLER          NOTICE ONLY    NOT FILED               .00            .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED               .00            .00
B-LINE LLC                 UNSECURED         1809.33              .00            .00
CVS                        UNSECURED      NOT FILED               .00            .00
DOMINICS FINER FOODS       UNSECURED      NOT FILED               .00            .00
PREMIER BANCARD CHARTER    UNSECURED          431.82              .00            .00
FIRST PREMIER BANK         NOTICE ONLY    NOT FILED               .00            .00
HOMECOMINGS FINANCIAL      UNSECURED      NOT FILED               .00            .00
HOUSEHOLD BANK GM CARD     UNSECURED      NOT FILED               .00            .00
IDAPP                      UNSECURED      NOT FILED               .00            .00
IDAPP                      NOTICE ONLY    NOT FILED               .00            .00
ILLINOIS DEPT OF EMPLOYM   UNSECURED         2450.00              .00            .00
ILLINOIS DEPT OF EMP SEC   NOTICE ONLY    NOT FILED               .00            .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 01002 CARL T MORGAN

```
IL DEPT OF HUMAN SERVICE  UNSECURED       NOT FILED            .00           .00
ILLINOIS TITLE LOANS      UNSECURED       NOT FILED            .00           .00
INTERNAL REVENUE SERVICE  UNSECURED       31650.87             .00        175.52
ISAC                      UNSECURED       14745.34             .00         81.77
LORETTA MARSHALL          UNSECURED       NOT FILED            .00           .00
PAYDAY LOAN STORE         UNSECURED         347.30             .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED         862.34             .00           .00
PROFESSIONAL FEE FINANCI  UNSECURED       NOT FILED            .00           .00
PROFESSIONAL FEE FINANCI  NOTICE ONLY     NOT FILED            .00           .00
SAFEWAY                   UNSECURED       NOT FILED            .00           .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED            .00           .00
SME PATHOLOGISTS SC       UNSECURED       NOT FILED            .00           .00
T-MOBILE USA              UNSECURED         323.06             .00           .00
T MOBILE                  NOTICE ONLY     NOT FILED            .00           .00
T-MOBILE BANKRUPTCY       NOTICE ONLY     NOT FILED            .00           .00
TELECHECK SERVICES        UNSECURED       NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       17946.52             .00         99.53
ULTRA FOODS               UNSECURED       NOT FILED            .00           .00
TRS RECOVERY SERVICES IN  NOTICE ONLY     NOT FILED            .00           .00
ULTRA FOODS               NOTICE ONLY     NOT FILED            .00           .00
US DEPT OF EDUCATION      UNSECURED       25144.48             .00        139.44
US DEPT OF EDUCATION      NOTICE ONLY     NOT FILED            .00           .00
AFNI/VERIZON WIRELESS     UNSECURED         764.87             .00           .00
US DEPT OF EDUCATION      UNSECURED            .00             .00           .00
ILLINOIS TITLE LOANS      SECURED NOT I    598.33              .00           .00
ILLINOIS TITLE LOANS      SECURED NOT I       .00              .00           .00
EDUCATIONAL CREDIT CORP   UNSECURED        4596.69             .00         19.89
ER SOLUTIONS INC          FILED LATE        688.14             .00           .00
JOSEPH WROBEL             DEBTOR ATTY     2,800.00                      2,800.00
TOM VAUGHN                TRUSTEE                                         299.52
DEBTOR REFUND             REFUND                                           93.32
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              4,429.39

PRIORITY                                        635.88
SECURED                                            .00
UNSECURED                                       600.67
ADMINISTRATIVE                                2,800.00
TRUSTEE COMPENSATION                            299.52
DEBTOR REFUND                                    93.32
                   ---------------        ---------------
TOTALS               4,429.39                 4,429.39


PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 01002 CARL T MORGAN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                            /s/ Tom Vaughn

Dated: 12/22/08                            _____
                                                TOM VAUGHN
                                                CHAPTER 13 TRUSTEE